| **From:** | Justice Gina Palafox |
| --- | --- |
| **To:** | Chief Justice Jeff Alley; Justice Lisa Soto |
| **Cc:** | Amanda Chisholm; Stuart Alfsen; Crystal Almanza |
| **Subject:** | RE: 08-23-00180-CV Moore |
| **Date:** | Tuesday, September 10, 2024 4:25:18 PM |

I agree and join.

GP

**From:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>
**Sent:** Tuesday, September 3, 2024 12:55 PM
**To:** Justice Gina Palafox <Gina.Palafox@txcourts.gov>; Justice Lisa Soto <Lisa.Soto@txcourts.gov>
**Cc:** Amanda Chisholm <amanda.chisholm@txcourts.gov>; Stuart Alfsen <Stuart.Alfsen@txcourts.gov>; Crystal Almanza <Crystal.Almanza@txcourts.gov>
**Subject:** 08-23-00180-CV Moore

Attached is a draft opinion from one of our OA cases.  Please share your vote.

And sorry for not getting this circulated earlier.

Jeff Alley
Chief Justice Eighth Court of Appeals
jeff.alley@txcourts.gov